FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MONIKA J.,

     Plaintiff,

     v.

COMMISSIONER OF SOCIAL

SECURITY,

     Defendant.

No. 2:18-cv-00061-SAB

**ORDER ADOPTING REPORT**

**AND RECOMMENDATION**

On November 2, 2018, Magistrate Judge Mary K. Dimke issued a Report
and Recommendation to Deny Plaintiff's Motion for Summary Judgment and to
Grant Defendant's Motion for Summary Judgment. ECF No. 19. No timely
objections to the Report and Recommendation were filed.

//
//
//
//
//
//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1**

1    Accordingly, **IT IS HEREBY ORDERED**:

2    1.   The Court **adopts** Magistrate Judge Dimke's Report and

3 Recommendation, ECF No. 19, in its entirety.

4    2.   Plaintiff's Motion for Summary Judgment, ECF No. 16, is **DENIED**.

5    3.   Defendant's Motion for Summary Judgment, ECF No. 17, is

6 **GRANTED**.

7    4.   The decision of the ALJ is **affirmed**. The District Court Executive is

8 directed to enter judgment in favor of Defendant and against Plaintiff.

9    **IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order,

10 forward copies to counsel, and close the file.

11    **DATED** this 27th day of November 2018.



                 Stanley A. Bastian
               United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2**